**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

IVORY ROBINSON,
ADC # 111822                                                                                PLAINTIFF

V.                                        5:10-cv-00013-JMM-JJV

J. T. ADAMS, Major, Arkansas
Department of Correction; *et al.*                                               DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by

United States Magistrate Judge Joe J. Volpe and the parties' objections.  After carefully considering

the objections and making a *de novo* review of the record in this case, the Court concludes that the

Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted

in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.       Defendants' Motion for Summary Judgment is GRANTED.

2.       Mr. Robinson's Complaint is DISMISSED with prejudice and the requested relief is

denied.

3.       Any pending motions are denied as moot.

IT IS SO ORDERED this   30   day of November, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE