IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

IVORY ROBINSON,
ADC # 111822   PLAINTIFF

V.   5:10-cv-00013-JMM-JJV

J. T. ADAMS, Major, Arkansas
Department of Correction; *et al.*   DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

DATED this  30  day of November, 2010.

*[signature]*
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE